UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WHITEHURST,

    Petitioner,

v.

JOHN DOE,

    Respondent.

Case No. 14-cv-03145-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Whitehurst has failed to comply with the Court's order to (1) file a petition; and (2) file a complete application to proceed *in forma pauperis* ("IFP"), or pay the full filing fee of $5.00.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, petitioner may move to reopen the action.  Any such motion **must** contain (1) a petition on the Court's form; **and** (2) a complete IFP application, or full payment for the filing fee of $5.00.  The Clerk shall enter judgment in favor of respondent, and close the file.

    **IT IS SO ORDERED.**

**Dated:** August 26, 2014



WILLIAM H. ORRICK
United States District Judge